CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN & KANG
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
(702)464-6009 fax
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-0102-JAD-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | |
| TERESA BUSTAMONTE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, TERESA BUSTAMONTE, by and through her counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, DANIEL G. BOGDEN, Assistant U.S. Attorney and NICHOLAS DICKERSON, Assistant United States Attorney, that the sentencing in the above-captioned matter currently scheduled for May 4,2015 at 9:00 a.m. be vacated and continued until for at least 90 days or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

3. Counsel for TERESA BUSTAMONTE, has consulted the Defendant, and she has no objection to this continuance

...

1    4. For all the above-stated reason, the ends of justice would best be served by a

2    continuance of the sentencing date.

3    DATED this 30TH day of April, 2015.

4

5

6    /s//: CHRIS T. RASMUSSEN

7    CHRIS T. RASMUSSEN, ESQ.                    NICHOLAS DICKERSON, ESQ.
     Attorney for Defendant                      Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　) | Case No.: 2:14-cr-0102-JAD-VCF |
| 　　　　Plaintiff,　　　　　　　　　) | |
| vs.　　　　　　　　　　　　　　　　) | **FINDINGS OF FACT AND** |
| 　　　　　　　　　　　　　　　　　) | **CONCLUSIONS OF LAW** |
| TERESA BUSTAMONTE,　　　　　　　) | |
| 　　　　Defendant.　　　　　　　　　) | |

### FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.　　　The parties agree to a continuance;

2.　　　Counsel for TERESA BUSTAMONTE, has consulted the Defendant, and she no objection to this continuance.

### CONCLUSION OF LAW

1.　　　Denial of this request for a continuance would result in miscarriage of justice.

2.　　　For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date at least ninety days.

...

...

...

...

...

...

...

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )      2:14-cr-0102-JAD-VCF
                  Plaintiff,        )
                                    )
            vs.                     )      **ORDER FOR STIPULATION**
                                    )
TERESA BUSTAMONTE,                  )
                                    )
                  Defendant.        )
_____)

### ORDER

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for May 4, 2015, at the hour of 9:00 a.m., be vacated and continued to Monday, August 10, 2015, at 9:00 a.m. in Courtroom #6D.

Dated this 1st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE