1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 007149
2  RASMUSSEN & KANG
   330 South Third Street, Suite 1010
3  Las Vegas, Nevada 89101
   (702) 464-6007
4  (702)464-6009 fax
   Attorney for Defendant
5
              **UNITED STATES DISTRICT COURT**
6
                   **DISTRICT OF NEVADA**
7
   UNITED STATES OF AMERICA,            )
8                                        )    2:14-cr-0102-JAD-VCF
                  Plaintiff,             )
9                                        )
         vs.                             )
10                                       )    **STIPULATION TO CONTINUE**
                                         )
11 TERESA BUSTAMONTE,                    )
                                         )
12                Defendant.             )
                                         )
13 _____

14       IT IS HEREBY STIPULATED AND AGREED by and between defendant, TERESA

15 BUSTAMONTE, by and through her counsel, CHRIS T. RASMUSSEN, ESQ., and the United

16 States America, by its counsel, DANIEL G. BOGDEN, Assistant U.S. Attorney and NICHOLAS

17 DICKERSON, Assistant United States Attorney, that the sentencing in the above-captioned

18 matter currently scheduled for August 10, 2015 at 9:00 a.m. be vacated and continued until for at

19 least 90 days or a time convenient to the court.

20       This Stipulation is entered into for the following reasons:

21       1. The parties agree to a continuance;

22       2. Additionally, denial of this request for a continuance could result in a miscarriage of

23 justice.

24       3. Counsel for TERESA BUSTAMONTE, has consulted the Defendant, and she has no

25 objection to this continuance

26 ...

27 ...

28 ...

4. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date.

DATED this 4th day of August, 2015.

| /s//: CHRIS T. RASMUSSEN | /s/ NICHOLAS DICKERSON |
|---|---|
| CHRIS T. RASMUSSEN, ESQ.<br>Attorney for Defendant | NICHOLAS DICKERSON<br>Assistant U.S. Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:14-cr-0102-JAD-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINDINGS OF FACT AND** |
| ) | **CONCLUSIONS OF LAW** |
| ) | |
| TERESA BUSTAMONTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for TERESA BUSTAMONTE, has consulted the Defendant, and she no objection to this continuance.

**CONCLUSION OF LAW**

1. Denial of this request for a continuance would result in miscarriage of justice.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date at least ninety days.

...

...

...

...

...

...

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TERESA BUSTAMONTE, <br><br> Defendant. | 2:14-cr-0102-JAD-VCF <br><br> **ORDER FOR STIPULATION** |

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for August 10, at the hour of 9:00 a.m., be vacated and continued to Monday, November 16, 2015, at 10:00 a.m.

Dated this 5th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE