CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN & KANG
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
(702) 464-6009 fax
Attorney for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-0102-JAD-VCF |
| Plaintiff, | |
| vs. | |
| | **STIPULATION TO CONTINUE SENTENCING** |
| TERESA BUSTAMONTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, TERESA BUSTAMONTE, by and through her counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, NICHOLAS DICKERSON, Assistant U.S. Attorney, that the above-captioned matter currently scheduled for February 16, 2016 at 9:00 a.m. be vacated and continued until for at least 90 days or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The Government and Defendant are still in negotiations;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Denial of this request for continuance of the parties deadline for the filing of pre-trial motions and responsive pleadings would deny the parties herein sufficient time within which to be able to effectively and throughly research, prepare and submit for filing appropriate pre-trial motions and notices of defense, taking into account the exercise of due diligence.

4. Additionally, denial of this request for a continuance could result in a miscarriage of

justice.

5. This is the fourth request for continuance of sentencing.

DATED this 9th day of February, 2015.

/s//: Chris T. Rasmussen  /s//: Nicholas Dickerson

CHRIS T. RASMUSSEN, ESQ.  NICHOLAS DICKERSON, ESQ.
Attorney for Defendant  Assistant U.S. Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>TERESA BUSTAMONTE,<br><br>           Defendant. | Case No.: 2:14-cr-0102-JAD-VCF<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

### FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. The Government and Defendant are still in negotiations;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

### CONCLUSION OF LAW

1. Denial of this request for a continuance would result in a miscarriage of justice.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date at least ninety days.

...

...

...

...

...

...

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERESA BUSTAMONTE,

    Defendant.

2:14-cr-0102-JAD-VCF

**ORDER**

## ORDER

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for February 16, 2016 at the hour of 9:00 a.m., be vacated and continued to Monday, May 16, 2016, at 9:00 a.m.

Dated this 9th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE