CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERESA BUSTAMONTE,<br><br>    Defendant. | Case No.: 2:14-cr-0102-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>[CORRECTED IMAGE] |

  IT IS HEREBY STIPULATED AND AGREED by and between defendant, TERESA BUSTAMONTE, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, NICHOLAS DICKERSON, that the above-captioned matter currently scheduled for August 22, 2016 at 10:00 a.m. be vacated and continued for at least 90 days or a time convenient to the court.

  This Stipulation is entered into for the following reasons:

  1. The parties agree to a continuance;

  2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

  3. The government and defendant are still in negotiations.

  4. Denial of this request could result in a miscarriage of justice.

  5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

...

...

6. This is the seventh request for continuance.

DATED this 16th day of August, 2016

/s//: Chris T. Rasmussen                             /s//: Nicholas Dickerson

CHRIS T. RASMUSSEN, ESQ.                  NICHOLAS DICKERSON, ESQ.
Attorney for Defendant                              Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> TERESA BUSTAMONTE, <br> Defendant. | Case No.: 2:14-cr-0102-JAD-VCF <br><br> **FINDINGS OF FACT AND** <br> **CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. The government and defendant are still in negotiations.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a contiuance of the sentencing date at least ninety days.

...

...

...

...

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

UNITED STATES OF AMERICA,   )
                            )   Case No.: 2:14-cr-0102-JAD-VCF
       Plaintiff,           )
                            )
vs.                         )
                            )   **ORDER**
                            )
TERESA BUSTAMONTE,          )
                            )
       Defendant.           )
_____)

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for August 22, 2016 at the hour of 10:00 a.m., by vacated and continued to November 28, 2016 at the hour of 10:00 a.m.

DATED this 16 day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE