1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 007149
2  330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
3  (702) 464-6007
   Attorney for Defendant
4
                    **UNITED STATES DISTRICT COURT**
5
                         **DISTRICT OF NEVADA**
6

7
   UNITED STATES OF AMERICA,        )
8                                   )   Case No.: 2:14-cr-0102-JAD-VCF
                 Plaintiff,         )
9                                   )
   vs.                              )   **STIPULATION TO CONTINUE**
10                                  )   **SENTENCING**
   TERESA BUSTAMONTE,               )
11                                  )
                 Defendant.         )
12 _____)

13
         IT IS HEREBY STIPULATED AND AGREED by and between defendant, TERSA
14
   BUSTAMONTE, by and through her counsel, CHRIS T. RASMUSSEN, ESQ., and the United
15
   States America, by its counsel, NICHOLAS DICKERSON, that the above-captioned matter
16                                                                                      30
   currently scheduled for November 28, 2016 at 10:00 a.m. be vacated and continued for at least ~~90~~
17
   days or a time convenient to the court.
18
         This Stipulation is entered into for the following reasons:
19
         1. The parties agree to a continuance;
20
         2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no
21
   objection to this continuance.
22
         3. Denial of this request could result in a miscarriage of justice.
23
         4.  Defense Counsel needs additional time to prepare for sentencing.
24
         5. For all the above- stated reasons, the ends of justice would best be served by a
25
   continuance of the sentencing date.
26
   ...
27
   ...
28

...

    6. This is the eighth request for continuance.

    DATED this 21st day of November, 2016

/s//: Chris T. Rasmussen                  /s//: Nicholas Dickerson

CHRIS T. RASMUSSEN, ESQ.         NICHOLAS DICKERSON, ESQ.
Attorney for Defendant                   Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> TERESA BUSTAMONTE, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:14-cr-0102-JAD-VCF <br><br> **FINDINGS OF FACT AND** <br> **CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

3. Defense Counsel needs additional time to prepare.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by continuing the sentencing date at least thirty days.

...

...

...

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>TERESA BUSTAMONTE,  )<br>  )<br>   Defendant.  )<br>_____ ) | Case No.: 2:14-cr-0102-JAD-VCF<br><br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for November 28, 2016 at the hour of 10:00 a.m., by vacated and continued to January 4, 2017, at the hour of 1:30 p.m.

DATED this 22nd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE